FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 25, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VANESSA LORENZA PADRON,<br>Plaintiff,<br>v.<br>THE KROGER CO., INC. D/B/A FRED MEYER, A FOREIGN PROFIT CORPORATION; FRED MEYER STORES, INC., A FOREIGN PROFIT CORPORATION; AND ABC CORPORATIONS 1 THROUGH 5,<br>Defendants. | No. 2:25-CV-00520-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

Before the Court is the parties' Stipulation for Dismissal, ECF No. 17. Plaintiff is represented by Michael Martucci. Defendants are represented by Sarah Tuthill-Kveton and John R. Barhoum.

The parties indicate they have settled this matter and ask that all claims and counterclaims be dismissed with prejudice and with each party to bear its own attorney fees and costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal, ECF No. 17, is **GRANTED**.

2. The above-captioned action is **DISMISSED**, with prejudice, with

each party to bear its own attorney fees and costs.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to and counsel, and **close** the file.

**DATED** this 25th day of September 2026.

Stan Bastian
Chief United States District Judge